UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIRAN VUPPALA,                                                 CASE NO: 1:16-cv-05843-PGG

      Plaintiff,

vs.

22 BEAVER BAKE CORP., a New York
corporation, d/b/a TRADERS EXPRESS
DELI, and VERVELIS INC., a New York
corporation,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, 22 BEAVER BAKE CORP., a New York corporation, d/b/a TRADERS EXPRESS DELI, and VERVELIS INC., a New York corporation, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. Accordingly, the parties hereby respectfully request a ninety (90) day order of dismissal.

    Dated: This 5th day of April, 2017.

By: /S/ B. Bradley Weitz_____      By: /S/ Mitchell S. Segal_____
    B. Bradley Weitz, Esq.                           Mitchell S. Segal, Esq.
    THE WEITZ LAW FIRM, P.A.               LAW OFFICES OF
    Bank of America Building                      MITCHELL S. SEGAL, P.C.
    18305 Biscayne Blvd., Suite 214          1010 Northern Boulevard, Suite 208
    Aventura, Florida 33160                       Great Neck, NY 11021
    Telephone: (305) 949-7777                 Telephone: (516) 415-0100
    Facsimile: (305) 704-387**7**                Facsimile: (516) 706-6631
    Email: bbw@weitzfirm.com                Email: msegal@segallegal.com
    *Attorney for Plaintiff*                            *Attorney for Defendants\*