# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main: 305-949-7777
Fax: 305-704-3877

July 5, 2017

VIA CM/ECF
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 705
New York, New York 10007

     Re: 22 Beaver Bake Corp., et al.-
        Case No.: 1:16-cv-05843-PGG

Dear Judge Gardephe:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  On April 5, 2017, an Order of Dismissal was signed by your Honor [D.E. 28] providing Plaintiff's counsel ninety (90) days within which to reopen this matter, should the settlement not be consummated.

  As of this date, the settlement funds are still pending. Plaintiff received one payment, but two other payments are still to be received. Therefore, the undersigned respectfully requests that the Court grant a thirty (30) day extension, until August 4, 2017 to reopen this matter.

  The Court is advised that this is the Plaintiff's first request to extend the deadline to reopen in this matter. Thank you for your attention to this matter.

        Yours very truly,

        By: /S/ B. Bradley Weitz
         B. Bradley Weitz, Esq. (BW9365)
         THE WEITZ LAW FIRM, P.A.
         Attorney for Plaintiff
         Bank of America Building
         18305 Biscayne Blvd., Suite 214
         Aventura, Florida 33160
         Telephone: (305) 949-7777
         Facsimile: (305) 704-3877
         Email: bbw@weitzfirm.com