# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main: 305-949-7777
Fax:  305-704-3877

August 7, 2017

**VIA CM/ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 705
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/17
```

      Re:    **22 Beaver Bake Corp., d/b/a Traders Express, et al.**
               **Case No.: 1:16-cv-05843-PGG**

Dear Judge Gardephe:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    On July 6, 2017, an extension was granted on the [D.E. 28] Order of Dismissal that was signed by your Honor [D.E. 30] providing Plaintiff's counsel thirty (30) days within which to reopen this matter, should the settlement not be consummated.

    As of this date, the settlement funds are still pending. Plaintiff received two payments, but one payment is still to be received. Therefore, the undersigned respectfully requests that the Court grant a thirty (30) day extension, until September 6, 2017 to reopen this matter.

    The Court is advised that this is the Plaintiff's second request to extend the deadline to reopen in this matter. Thank you for your attention to this matter.

                              Yours very truly,

                              By: /S/ B. Bradley Weitz
                              B. Bradley Weitz, Esq. (BW9365)
                              THE WEITZ LAW FIRM, P.A.
                              Attorney for Plaintiff

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

*/s/ Paul A. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Aug. 8, 2017

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com